## GREER v. TRIPP.

### No. 9643; December 10, 1886.

#### 12 Pac. 301.

**Statute of Limitations—Ejectment.—Evidence Held to Sustain Defense** of statute of limitations, and judgment affirmed.

APPEAL from Superior Court, San Mateo County.

Action of ejectment. Among other defenses, defendant set up the statute of limitations. It appeared that defendant claimed under deeds executed in 1858, had from that time claimed title, most of the time was in possession, and was in possession when this action was instituted, on May 10, 1876. The superior court held the action barred, and, plaintiff's motion for a new trial being denied, he appealed to the supreme court.

John Reynolds for appellant; Fox & Kellogg for respondent.

By the COURT.—There was sufficient evidence to support a finding in favor of defendant upon the plea of the statute of limitations to uphold the judgment.

Order denying plaintiff's motion for a new trial affirmed.